**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS LLC,**  Plaintiff,  v.  **3M COMPANY d/b/a FILTRETRE,**  Defendant. | C.A. NO. 1:18-cv-00563-GMS  JURY TRIAL DEMANDED |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Symbology Innovations LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 5th, 2018                              Respectfully Submitted,

                                                                  */s/ Stamatios Stamoulis*
                                                                  Stamatios Stamoulis
                                                                  *Stamatios Stamoulis #4606*
                                                                  **STAMOULIS & WEINBLATT LLC**
                                                                  stamoulis@swdelaw.com
                                                                  *Richard C. Weinblatt #5080*
                                                                  weinblatt@swdelaw.com
                                                                  Two Fox Point Centre
                                                                  6 Denny Road, Suite 307
                                                                  Wilmington, DE 19809
                                                                  Telephone: (302) 999-1540


                                                                  */s/ Eugenio J. Torres-Oyola*
                                                                  Eugenio J. Torres-Oyola
                                                                  (*Pro Hac Vice* Application Pending)

/s/ Jean G. Vidal Font
Jean G. Vidal Font
(*Pro Hac Vice* Application Pending)

Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF
SYMBOLOGY INNOVATIONS LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 5th, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/Stamatios Stamoulis
Stamatios Stamoulis #4606

IT IS SO ORDERED this ____ day of _____ 2018.

_____
UNITED STATES DISTRICT COURT JUDGE